New York, Purporting to Designate LOUIS VAGNINI, Respondent, as Candidate for Assemblyman for the First Assembly District of the County of Queens, for the Primary Election to Be Held on September 20, 1938.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of ROY H. RUDD, Appellant, for an Order to Strike Out and Declare Void a Certain Petition Purporting to Designate JOSEPH A. MARCHETTI as Designee for the Office of Member of Assembly, Twentieth Assembly District, County of Kings, in the Republican Primary Election to Be Held on the 20th Day of September, 1938, and for a Further Order Restraining and Enjoining the Board of Elections of the City of New York from Printing upon the Final Primary Ballot to Be Used in the Said Primary Election the Name of the Said JOSEPH A. MARCHETTI as a Designee for Said Public Office. JOSEPH A. MARCHETTI and the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents. In the Matter of the Application of ROY H. RUDD, Appellant, for an Order to Strike Out and Declare Void a Certain Petition Purporting to Designate JOSEPH A. MARCHETTI, as Designee for the Office of Member of Assembly, Twentieth Assembly District, County of Kings, in the American Labor Primary Election to Be Held on the 20th Day of September, 1938, and for a Further Order Restraining and Enjoining the Board of Elections of the City of New York from Printing upon the Final Primary Ballot to Be Used in the Said Primary Election the Name of the Said JOSEPH A. MARCHETTI, as a Designee for Said Public Office. JOSEPH A. MARCHETTI and the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Orders reversed on the law, without costs, and motions granted, without costs. The finding at Special Term that respondent had a legal residence at Grove street is against the weight of the evidence. Petitioner Rudd is a party aggrieved. (Election Law, §§ 142, 330.) Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of VINCENT M. SOFIA and Others for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, to Place on the Primary Ballot for the Primary Election Scheduled to Be Held on September 20th, 1938, the Names of VINCENT M. SOFIA, as Designee for Congress for the 8th Congressional District, Kings County, New York; WILLIAM WEIDBERG, as Designee for Member of the State Senate, 4th Senatorial District, Kings County, State of New York; GEORGE J. GOSTIN, as Designee for Member of Assembly, 9th Assembly District, Kings County, State of New York; ABRAHAM MOSKOWITZ, as Designee for Member of Assembly, 16th Assembly District, Kings County, State of New York, All Duly Designated for Their Respective Offices on the Petitions Duly Filed for the Democratic Primary Election to Be Held on September 20th, 1938, in the County of Kings, City and State of New York. JOSEPH DI MAGGIO, Appellant.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Taylor and Close, JJ., concur,